UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CORALY HERNANDEZ,**

        **Plaintiff,**

v.                                                    **Case No. 6:19-cv-580-CEM-EJK**

**ANGELS FOR KIDS ON CALL**
**24/7, INC., JOHN VALENCIA, and**
**ELIZABETH VALENCIA,**

        **Defendants.**
_____/

**AMENDED ORDER**[1]

THIS CAUSE is before the Court on the Response (Doc. 46) to the Court's April 7, 2021 Order to Show Cause ("April 7th OTSC," Doc. 44). This case was stayed pending Defendant Angels for Kids on Call 24/7, Inc.'s ("Angels for Kids") bankruptcy proceeding, (May 31, 2019 Order, Doc. 26, at 1; July 10, 2019 Order, Doc. 29, at 2–3), and Angels for Kids was required to "file a status report every 180 days and within fourteen days of the conclusion of the bankruptcy proceeding." (Doc. 26 at 1). As a result of Angels for Kids failing to comply with that Order on more than one occasion, and previously being required to show cause for doing so, (Aug. 3, 2020 Order, Doc. 41, at 3), this Court issued the April 7th OTSC,

---

[1] On April 12, 2021, Aldo G. Bartolone, Jr. was somehow mistakenly added as a party in this case.

specifically directing Angels for Kids' attorney, Aldo Bartolone, Jr. to respond. (Doc. 44 at 2).

In his Response, Mr. Bartolone states that he represents Angels for Kids in its bankruptcy proceeding but that he does not represent Angels for Kids in this matter and never filed a notice of appearance on its behalf. As such, Mr. Bartolone maintains that he had a good faith belief that he was under no obligation to comply with the Orders in this matter.

However, as Mr. Bartolone acknowledges, he made filings in this case on Angels for Kids' behalf. (*See* Suggestion of Bankruptcy, Doc. 25; Notice of Filing, Doc. 42). At the time that those filings were made, Local Rule 2.03(a) stated, in relevant part: "Every pleading or paper of any kind filed by an attorney in this Court . . . , unless otherwise expressly stated therein, shall constitute a general appearance on behalf of the persons or parties for whom the pleading or paper is filed."[2] The Suggestion of Bankruptcy is signed by Mr. Bartolone and contains no statement that he is not appearing on behalf of Angels for Kids. (Doc. 25 at 1). Therefore, Mr. Bartolone's filing constituted a notice of appearance.

Nevertheless, the Court will accept Mr. Bartolone's explanation that he did not realize that he was appearing on behalf of Angels for Kids, and sanctions will

---

[2] A new version of the Local Rules took effect on February 1, 2021, and similarly state: "A lawyer's pleading, motion, or other paper serves as that lawyer's appearance in an action." M.D. Fla. R. 2.02(b).

not be imposed at this time. But, as Mr. Bartolone is currently counsel of record in this case, he will be expected to comply with the Court's Orders going forward. If he wishes to withdraw, he must file a motion to do so that complies with the Federal Rules of Civil Procedure and this Court's Local Rules.

Accordingly, it is **ORDERED** and **ADJUDGED** that this Court's April 7, 2021 Order to Show Cause (Doc. 44) is **DISCHARGED**. Defendant Angels for Kids on Call 24/7, Inc. shall continue to file status reports with the Court every **180 days** and within **14 days** of the conclusion of the bankruptcy proceedings.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties