UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CORALY HERNANDEZ,**

        **Plaintiff,**

v.                                                                          Case No: 6:19-cv-580-CEM-EJK

**ANGELS FOR KIDS ON CALL
24/7, INC., JOHN VALENCIA, and
ELIZABETH VALENCIA,**

        **Defendants.**

**ORDER**

This cause comes before the Court on Defendant's Angels for Kids on Call 24/7, Inc.'s ("AFK") Unopposed [1] Motion to Set Aside Clerk's Default (the "Motion"), filed October 14, 2022. (Doc. 66.) Upon consideration, the Motion is due to be granted.

Plaintiff instituted this action on March 25, 2019. (Doc. 1.) On July 10, 2019, this action was stayed until the conclusion of a separate bankruptcy proceeding related to Defendant AFK. (Doc. 29.) The Court re-opened the case in April 2022, directing Plaintiff to file a status report. (Doc. 54.) Plaintiff proceeded with her claims against Defendants and on August 11, 2022, the Court issued an Order permitting the Individual Defendants to proceed *pro se* but required Defendant AFK to obtain new

---

[1] On October 17, 2022, Defendant filed a Notice of Local Rule 3.01(g) Certification indicating that Plaintiff, Coraly Hernandez, does not oppose the requested relief in the Motion. (Doc. 67.)

counsel on or before September 1, 2022. (Doc. 56 at 2, 6.) On September 19, 2022, the Court issued an Order stating that Defendant AFK had failed to comply with the previous Order to obtain counsel and ordering that a default be entered. (Doc. 59 at 1–2.) A Clerk's default was entered against Defendant AFK on September 20, 2022. (Doc. 60.) Defendant AFK filed the instant Motion on October 14, 2022. (Doc. 66.)

A court may set aside the entry of a Clerk's default for "good cause." Fed. R. Civ. P. 55(c). "Good cause" is a mutable standard that varies from situation to situation. *Sobkowski v. Wyeth, Inc.*, No.5:04 CV 94-OC-10GRJ, 2004 WL 3569703, at *2 (M.D. Fla. June 4, 2004) (citing *Compania Interamericana Export–Import, S.A. v. Compania Dominicana De Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996)). It is also a liberal standard, "but not one so elastic as to be devoid of substance." *Sobkowski*, 2004 WL 3569703, at *2.

Factors for determining whether to set aside a Clerk's default include: "(1) whether the default is culpable or willful; (2) whether setting aside the default would prejudice the adversary; and (3) whether the defaulting party presents a meritorious defense." *Bradley v. Accredited Roofing Techs., LLC*, No. 8:14-cv-210-T-33TBM, 2014 WL 1572614, at *1 (M.D. Fla. Apr. 17, 2014) (citing *Compania*, 88 F.3d at 951). Other factors the *Bradley* court noted are: "(4) whether the public interest is implicated; (5) whether the defaulting party will experience significant financial loss; and (6) whether the defaulting party acted promptly to correct the default." *Id.* (citing *Global Aerospace, Inc. v. Platinum Jet Mgmt., LLC*, No. 09–cv–60756, 2010 U.S. Dist. LEXIS 12700, at *10 (S.D. Fla. Jan. 28, 2010)).

Defendant AFK asserts it was unaware that the stay was lifted in this matter, that the Court required it to obtain new counsel on or before September 1, 2022, and that there was a default entered against it. (*See* Doc. 66-1.) Defendant AFK states it did not willfully ignore the Court's order to obtain counsel and once it became aware of the directive, retained counsel that day. (Doc. 66 at 3 ¶ 11.) The Court also finds that Plaintiff will not be prejudiced by vacating the default since she is not opposed to the Motion. Moreover, given that defaults are disfavored, the balance of consideration weighs in favor of vacating the default. *Fla. Physician's Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993) ("[D]efaults are seen with disfavor because of the strong policy of determining cases on their merits").

Accordingly, it is hereby **ORDERED** that Defendant AFK's Motion to Set Aside Clerk's Default (Doc. 66) is **GRANTED**. The Clerk's Entry of Default as to Angels for Kids on Call 24/7, Inc. (Doc. 60) is **VACATED**.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE